# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMEL J. GIBBS,
                                     Appellant,
                  vs.
THE STATE OF NEVADA,
                                     Respondent.

No. 73275

FILED

SEP 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "district court order granting or denying motion for house arrest." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from an order granting or denying a motion for house arrest. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, review of the district court minutes and docket entries indicate that no such order was entered. To the extent that appellant appeals from the judgment of conviction or the findings of fact, conclusions of law and order disposing of his post-conviction habeas petition, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely

17-31376

notice of appeal fails to vest jurisdiction in this court." *Lozada v. State,* 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. Douglas W. Herndon, District Judge
        Jamel J. Gibbs
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk